A. G. Spaulding & Bros.

*v.*

State of Illinois.

*Opinion filed September 20, 1920.*

Contract—*supplies furnished.* Where claimant furnishes supplies for a State Institution the State is liable for the same.

Edward J. Brundage, Attorney General, for State.

Claimant filed its claim for $19.99 for balance due on invoice for athletic goods furnished by it to the Southern Illinois State Normal School, at Carbondale, Illinois, as per invoice attached to claimant's declaration.

The Attorney General, on behalf of the State, has admitted in writing that under the law and evidence in this case, the State is liable to the claimant for the sum of $19.99.

The Court therefore awards claimant the sum of $19.99.